**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| PATRICK SCRIMA, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | No. 04-12366-RWZ |
| | ) | |
| DOROTHY KELLY GAY, In Her Individual | ) | |
| Capacity And Her Official Capacity | ) | |
| And The CITY OF SOMERVILLE | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT MOTION TO STAY UNTIL MARCH 28, 2005**

NOW come the parties in the above captioned matter and move this Court to stay all action as to

the above-captioned matter, including but not limited to the filing of Answers by the Defendants.

In support thereof the parties state that they are in the process of completing a settlement

agreement.  The allowance of this motion will not cause any undue delay.

WHEREFORE, the parties respectfully request this Court stay further filings including

extending the time to respond to Plaintiff's Complaint until and including March 28, 2005.


Respectfully submitted,
CITY OF SOMERVILLE
And Dorothy Kelly Gay
In her official capacity,
By their attorney,


____/Francis X. Wright, Jr./_____
Francis X. Wright, Jr. (BBO#547410)
Assistant City Solicitor
City Hall, Law Department
93 Highland Avenue
Somerville, MA  02143
(617) 625-6600, ext. 4400

Respectfully submitted,
DOROTHY KELLY GAY,
In her Individual Capacity
By her attorneys,


___/Richard P. Ward/_____
Richard P. Ward (BBO #516040)
 Ropes & Gray LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000

2

Respectfully submitted,
PATRICK SCRIMA,
By his attorney,


    /Kevin G. Powers/_____
Kevin G. Powers (BBO #405020)
Rodgers, Powers & Schwartz
18 Tremont Street
Boston, MA  02108
(617) 742-7010