UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PATRICK SCRIMA,
    Plaintiff

v.

DOROTHY KELLY GAY, IN HER INDIVIDUAL CAPACITY AND HER OFFICIAL CAPACITY AND THE CITY OF SOMERVILLE,
    Defendants.

No. 04-12366-RWZ

## STIPULATION OF DISMISSAL

The parties, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure hereby stipulate and agree that the above captioned action shall be dismissed with prejudice and without cost to any party.

Dated: _____3/3_____, 2005.

Respectfully submitted,
PATRICK SCRIMA,
By his attorney,

_____
Kevin G. Powers (BBO #405020)
Rodgers, Powers & Schwartz
18 Tremont Street
Boston, MA 02108
(617) 742-7010

Respectfully submitted,
CITY OF SOMERVILLE
And Dorothy Kelly Gay
In her official capacity,
By their attorney,

_____
Francis X. Wright, Jr. (BBO#547410)
Assistant City Solicitor
City Hall, Law Department
93 Highland Avenue
Somerville, MA  02143
(617) 625-6600, ext. 4400

Respectfully submitted,
DOROTHY KELLY GAY,
In her Individual Capacity
By her attorneys,

_____
Richard P. Ward (BBO #516040)
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624
(617) 951-7000